764

■ JERRY R. HALL, Doing Business as LAKEWOOD SUPPLY CO., Respondent, v. CARL G. EK & SON CONSTRUCTION CO., INC., et al., Appellants.— Stay granted on condition that records and briefs are filed and served on or before September 19 and that case is argued at October 1962 Term.

■ KENNETH I. BOEKHOUT, Respondent, v. LOIS B. BOEKHOUT, Appellant. — Appeal dismissed unless records and briefs are served and filed on or before September 24, 1962. Memorandum: We do not mean to indicate by this decision that we consider the order from which a portion of the appeal is taken directing defendant to answer certain questions on her examination before trial to be appealable.

■ ANNA GALBRAITH, as Administratrix of the Estate of JAMES F. GALBRAITH, Deceased, Appellant, v. JOHN B. PIKE & SON, INC., et al., Respondents. — Motion granted to prosecute appeal as a poor person and on one typed copy of the stenographic minutes of the trial, an original and five typed copies of the other papers constituting the record on appeal and five typed appellant's briefs, and Francis G. Hessney, Esq., assigned as counsel to conduct the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANN P. GIBSON.— Rocco D. Potenza, Esq., removed as counsel and Philip L. Evans, Esq., substituted.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR H. ALDERMAN v. WALTER B. MARTIN, as Warden of Attica Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD ALGER v. WALTER B. MARTIN, as Warden of Attica Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. BAIRD, JR., v. WALTER B. MARTIN, as Warden of Attica Prison. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN BARBER v. WALTER B. MARTIN, as Warden of Attica Prison. (E) In the Matter of CHESTER E. BARAN v. WALTER B. MARTIN, as Warden of Attica Prison. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN BERRY v. WALTER B. MARTIN, as Warden of Attica Prison. (G) In the Matter of JAMES M. BRYAN v. WALTER B. MARTIN, as Warden of Attica Prison. (H) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN W. BRYANT v. LEE B. MAILLER, as Chairman of the Board of Parole. (I) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CHRONISTER v. WALTER B. MARTIN, as Warden of Attica Prison. (J) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP D. CORDELLO, JR., v. WALTER B. MARTIN, as Warden of Attica Prison. (K) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER CREASEY v. WALTER B. MARTIN, as Warden of Attica Prison. (L) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ULYSSES T. DOTSON v. WALTER B. MARTIN, as Warden of Attica Prison. (M) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELDRIDGE DUKES v. WALTER B. MARTIN, as Warden of Attica Prison. (N) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUSSELL EATON v. WALTER B. MARTIN, as Warden of Attica Prison. (O) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES A. FINK v. WALTER B. MARTIN, as Warden of Attica Prison. (P) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS FREDERICK v. WALTER B. MARTIN, as Warden of Attica Prison. (Q) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE J. FREHER v. WALTER B. MARTIN, as Warden of Attica Prison. (R) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH FREY v. WALTER B. MARTIN, as Warden of Attica Prison. (S) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. HOWELL v. WALTER B. MARTIN, as Warden of Attica Prison. (T) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURDETTE P. HULBERT v. WALTER B. MARTIN, as Warden of Attica Prison. (U) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HUMPHRIES v. WALTER B. MARTIN, as Warden of Attica Prison. (V) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK JAMES v. WALTER B. MARTIN, as Warden of Attica Prison. (W) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARROLL E.

JOHNSON V. WALTER B. MARTIN, as Warden of Attica Prison. (X) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. JOHNSON V. WALTER B. MARTIN, as Warden of Attica Prison. (Y) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LIGHTNER V. WALTER B. MARTIN, as Warden of Attica Prison. (Z) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD E. MACKEY V. WALTER B. MARTIN, as Warden of Attica Prison. (AA) THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH A. NIXON V. WALTER B. MARTIN, as Warden of Attica Prison. (BB) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY W. PALMATEER V. WALTER B. MARTIN, as Warden of Attica Prison. (CC) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE EDWARD PHILLIPPSEN V. WALTER B. MARTIN, as Warden of Attica Prison. (DD) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS PINELLI V. WALTER B. MARTIN, as Warden of Attica Prison. (EE) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESLEY M. POINDEXTER V. WALTER B. MARTIN, as Warden of Attica Prison. (FF) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM REESE V. WALTER B. MARTIN, as Warden of Attica Prison. (GG) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM REESE V. WALTER B. MARTIN, as Warden of Attica Prison. (HH) In the Matter of ROBERT ROSS V. JOHN S. CONABLE, as Wyoming County Court Judge. (II) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. RUTKOWSKI V. WALTER B. MARTIN, as Warden of Attica Prison. (JJ) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SANDERS V. WALTER B. MARTIN, as Warden of Attica Prison. (KK) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. SCHMITT V. WALTER B. MARTIN, as Warden of Attica Prison. (LL) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERHARDT SCHWARTZ V. WALTER B. MARTIN, as Warden of Attica Prison. (MM) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. SCOTT V. WALTER B. MARTIN, as Warden of Attica Prison. (NN) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SESSION V. WALTER B. MARTIN, as Warden of Attica Prison. (OO) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED SMITH, JR., V. WALTER B. MARTIN, as Warden of Attica Prison. (PP) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY C. STINE V. WALTER B. MARTIN, as Warden of Attica Prison. (QQ) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED E. STONE V. WALTER H. WILKINS, as Warden of Attica Prison. (RR) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR BURTON STROUD V. WALTER B. MARTIN, as Warden of Attica Prison. (SS) In the Matter of JAMES S. WADE V. WALTER B. MARTIN, as Warden of Attica Prison. (TT) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS WAGER V. WALTER B. MARTIN, as Warden of Attica Prison. (UU) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL WILLIAMS V. WALTER B. MARTIN, as Warden of Attica Prison. (VV) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES WRIGHT V. WALTER B. MARTIN, as Warden of Attica Prison. (WW) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZABRZENSKI V. WALTER B. MARTIN, as Warden of Attica Prison. (XX) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZABRZENSKI V. WALTER B. MARTIN, as Warden of Attica Prison. — [In each action] Motion granted and appeal dismissed.

## (September 14, 1962)

■ In the Matter of CHARLES N. O'BRIEN Co. INC., Appellant, v. WOOD-METAL INDUSTRIES, INC., Respondent.— Order unanimously affirmed, with $25 costs and disbursements. Memorandum: Appellant moved pursuant to section 86 of the Rochester City Court Act (L. 1950, ch. 771) to remove this case to